1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  JACOB D. BUNDICK, ESQ.
   Nevada Bar No. 9772
3  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
4  Las Vegas, Nevada 89101
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: jacob.bundick@akerman.com

7  *Attorney for Defendants BAC Home Loans Servicing, L.P., Bank of America Corporation, Bank of America, N.A., and ReconTrust Company, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JERRY PARSONS; PATRICIA PARSONS; BOYD BULLOCH; PATRICIA BULLOCH; JANET B'AIR; ENRIQUETA CASTILLO; GEORGE CASTILLO; LISA FAIRCLOTH; WILLIAM FAIRCLOTH; LINDA GENTRY; WENDELL GENTRY; MAYA LEWIS; ANTHONY LI; CONNIE LI; BRADLEY MAYS; PHU NGUYEN; LEONARD PASCUAL; FRANCES RANDOLPH; MELISSA RANDOLPH; RICHARD SHELER; SYLVIA THOMPSON-SHELER; FLORENCE SWICK; SUSAN VAZ; JEFFREY WELTE; ELENA WOODARD; ROSS WOODARD; TERESA YAMOMO;<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, NATIONAL ASSOCIATION, BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, NA.<br><br>Defendants. | Case No. 2:11-cv-00661-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE INITIAL RESPONSIVE PLEADING** |

Plaintiffs and Defendants, by and through their undersigned counsel, hereby stipulate and agree that Defendants shall have an additional three (3) weeks, up to and including May 31, 2011, to file a response to Plaintiffs' First Amended Complaint.

/ / /

{LV031721;1}                                                                 1

        This is the parties' first request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not yet been set in this case.

| | |
|---|---|
| Dated this 11th day of May, 2011.<br>**CALLISTER + ASSOCIATES**<br><br>_____<br>MATTHEW Q. CALLISTER<br>Nevada Bar No. 1396<br>BROOKE A. BOHLKE, ESQ.<br>Nevada Bar No. 9374<br>MITCHELL S. BISSON<br>Nevada Bar No. 11920<br>823 Las Vegas Boulevard South, Fifth Floor<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Plaintiffs* | Dated this 11th day of May, 2011.<br>**AKERMAN SENTERFITT LLP**<br><br>_____<br>ARIEL E. STERN<br>Nevada Bar No. 8276<br>JACOB D. BUNDICK<br>Nevada Bar No. 9772<br>400 South Fourth Street, Suite 450<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants*<br>*BAC Home Loans Servicing, L.P., Bank of America Corporation, Bank of America, N.A., and ReconTrust Company, N.A.* |

**IT IS SO ORDERED.**

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED:   May 13, 2011